# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCUS CORTEZ HAYNES, ) <br> ) <br> Defendant. ) | Criminal Action No. <br> 08-00327-01-CR-W-FJG |

## ORDER

On March 6, 2015, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Tiffany Brown, Psy.D. It is the opinion of Dr. Brown that Defendant is competent. During the July 6, 2015, competency hearing, the parties stipulated to Dr. Brown's report. After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that Defendant is competent to proceed.

Date: July 9, 2015　　　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge